

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-67,602-02

### EX PARTE CHARLES EDWARD WILLIAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 962080-B IN THE 248TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to seventy-five years' imprisonment. His conviction was affirmed on appeal. *Williams v. State*, No. 01-04-00182-CR (Tex. App.—Houston [1st Dist.] Jun. 16, 2005) (not designated for publication).

Applicant raises two grounds for relief. The habeas court found that the writ application should be dismissed as subsequent. After an independent review of the record, we agree with the

habeas court as to Applicant's first ground, a claim relating to the alleged destruction of records. Ground One is dismissed as subsequent. TEX. CODE CRIM. PROC. art. 11.07 § 4. Based on this Court's independent review of the record, we conclude that Applicant's remaining claim, raised under authority of Article 11.073 of the Code of Criminal Procedure, should be denied. Accordingly, the writ application is dismissed and denied.

Filed: October 18, 2017

Do not publish